# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHARLES H. R.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2019

SEAN F. McAVOY, CLERK

Civil Action No. 2:18-CV-00051-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.
The Commissioner's Motion for Summary Judgment (ECF No. 13) is GRANTED.
The ALJ's decision is AFFIRMED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on motions for Summary Judgment (ECF Nos. 12 and 13)

Date: 02/04/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates